# Third District Court of Appeal

## State of Florida

Opinion filed October 8, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0457
Lower Tribunal No. F03-16995
_____

**Pablo Diaz,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Law Office of Daniel J. Tibbitt, P.A., and Daniel J. Tibbitt, for appellant.

James Uthmeier, Attorney General, for appellee.

Before EMAS, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.  See Wainwright v. State, 411 So. 3d 392, 399 (Fla. 2025)

(holding that, even if <u>Erlinger v. United States</u>, 602 U.S. 821 (2024), constitutes a change in law, it does not apply retroactively to cases that were final when it was decided); <u>Arias v. State</u>, 413 So. 3d 999 (Fla. 3d DCA 2025).